**Order entered July 26, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00088-CV

## BILLY D. BURLESON, III, ET AL., Appellants

## V.

## COLLIN COUNTY COMMUNITY COLLEGE DISRICT, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04944-2014**

## ORDER

Before the Court is appellants' July 25, 2021 unopposed third motion for an extension of time to file their brief on the merits. Appellants seek a further extension, in part, due to an inaccuracy discovered in the clerk's record. We **GRANT** the motion as follows. We **ORDER** Collin County District Clerk Lynne Finley to file, by **August 2, 2021**, the corrected clerk's record as requested by appellants. We extend the time for appellants' brief on the merits to **August 27, 2021**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms.

Finley and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE